IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HISCOX INSURANCE COMPANY, INC.
*Plaintiff*

v.                                            DOCKET NO. 18-cv-10222

CURTIS BORDENAVE and BUSINESS
MOVES CONSULTING, INC., d/b/a
BUSINESS MOVES, KHALED M.
KHALED and ATK ENTERTAINMENT, INC.
*Defendants*

## CORPORATE DISCLOSURE STATEMENT

COMES NOW, Hiscox Insurance Company, Inc., by and through its counsel of record, Cozen O'Connor, and files this its Corporate Disclosure Statement.

ALTOHA Inc. owns 100% of Hiscox Insurance Company Inc., an Illinois domiciled corporation.

RESPECTFULLY SUBMITTED, this the 2nd day of November, 2018.

Dated:      New York, New York        Respectfully submitted,
             November 2, 2018

                                                                  COZEN O'CONNOR

                                          By:     /s/ Laura B. Dowgin
                                                              Laura B. Dowgin
                                                              COZEN O'CONNOR
                                                              45 Broadway Atrium, 16th Floor
                                                               New York, New York 10006
                                                               Tel: (212)-453-3775
                                                               Fax: (646)-461-2087
                                                               Email: LDowgin@cozen.com
                                                               *Attorneys for Plaintiff*