AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Mark Charles Pampley III

was received by me on *(date)*  11-09-18

     ☐ I personally served the summons on the individual at *(place)*

                                                on *(date)*                 ; or

     ☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                                     , a person of suitable age and discretion who resides there,

on *(date)*                , and mailed a copy to the individual's last known address; or

     ☑ I served the summons on *(name of individual)*  Mack Charles Pampley    , who is

designated by law to accept service of process on behalf of *(name of organization)*  Business

Moves Consulting               on *(date)*            ; or

     ☐ I returned the summons unexecuted because                     ; or

     ☐ Other *(specify):*

My fees are $             for travel and $  45.00  for services, for a total of $  45.00

I declare under penalty of perjury that this information is true.

Date:  11-9-18

                                    *Server's signature*

            Michael O Ivy

                                    *Printed name and title*

                PO Box 621, Terry, MS, 39170

                                  *Server's address*

Additional information regarding attempted service, etc: