IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

2018 NOV 29 PM 3:53

HISCOX INSURANCE COMPANY, INC
Plaintiff

V.

Docket NO. 18-cv-10222

CURTIS BORDENAVE AND BUSINESS
MOVES CONSULTING, INC, D/B/A
BUSINESS MOVES, KHALED M.
KHALED AND ATK ENTERTAINMENT, INC.
Defendants

Defendant Business Moves Consulting Inc., thru its President Mack Pampley, requests a 30 day extension of time to respond/reply/answer/otherwise plead in the above action. This request is made for proper purpose as defendant is searching for counsel in this matter and no party will be prejudiced in granting this motion.

Mack Pampley    11/28/18
President       Date
Business Moves Consulting Inc

United States District Court
of the Southern District of New York
Pro Se Intake Unit
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 200
New York, New York 10007

12/4/18

Granted. The Court extends, *nunc pro tunc*, the deadline for defendant Business Moves Consulting, Inc. to file an answer or other responsive pleading to December 31, 2018. The party is advised that all future filings must be submitted by counsel.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.