AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Curtis Bordenave Consulting, Inc Business Moves
was received by me on *(date)* 11-26-2018

☑ I personally served the summons on the individual at *(place)* Curtis Bordenave 19251 Preston Rd, Apt 2301 Dallas, TX 75252 on *(date)* 11-28-2018 5:05pm ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12-1-2018

Stephen C Buskirk   PSC 1987 Exp. 4-30-2020
*Server's signature*

Stephen C. Buskirk
Texas Certified Process Server
*Printed name and title*

330 Blue Ribbon Rd.
Waxahachie, TX. 75165
*Server's address*

Additional information regarding attempted service, etc: