IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HISCOX INSURANCE COMPANY , INC
Plaintiff

V.                                                          Docket NO.   18-cv-10222

CURTIS BORDENAVE AND BUSINESS
MOVES CONSULTING, INC , D/B/A
BUSINESS MOVES, KHALED M.
KHALED AND ATK ENTERTAINMENT, INC.
Defendants

Defendant Curtis Bordenave, requests a 30 day extension of time to respond/reply/answer/otherwise plead in the above action. This request is made for proper purpose as defendant is searching for counsel in this matter and no party will be prejudiced in granting this motion.

_____  12-12-2018
Curtis Bordenave  Pro Se     Date
19251 Preston Rd
#2301
Dallas TX 75252
CPAULBORDENAVE@yahoo.com

**United States District Court
of the Southern District of New York**
Pro Se Intake Unit
**Daniel Patrick Moynihan
United States Courthouse**
500 Pearl Street, Room 200
New York, New York 10007

US POSTAGE PAID
$6.70
Origin: 75248
12/12/18
4822260248-19

PRIORITY MAIL 2-Day ®

0 Lb 1.60 Oz

EXPECTED DELIVERY DAY: 12/15/18   1006

SHIP TO:
NEW YORK NY 10007

USPS TRACKING NUMBER



9505 5103 8453 8346 3290 05

FROM: Curtis Boerherr
MST Preston Rd #2301
Dallas TX 75252

TO: U.S. District Court
SDNY
Pro Se Intake Unit
Daniel P. Moynihan
US Courthouse
500 Pearl Street Room 200
New York, NY 10007
Re: 18-cv-10222

PRIORITY MAIL

USMS SDNY

PS00001000014
EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

This envelope is made from post-consumer waste. Please recycle - again.

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE