IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HISCOX INSURANCE COMPANY, INC
Plaintiff

V.                                                          Docket NO.   18-cv-10222

CURTIS BORDENAVE AND BUSINESS
MOVES CONSULTING, INC, D/B/A
BUSINESS MOVES, KHALED M.
KHALED AND ATK ENTERTAINMENT, INC.
Defendants

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2018
```

Defendant Curtis Bordenave, requests a 30 day extension of time to respond/reply/answer/otherwise plead in the above action. This request is made for proper purpose as defendant is searching for counsel in this matter and no party will be prejudiced in granting this motion.

_____   12-12-2018
Curtis Bordenave   Pro Se   Date
19251 Preston Rd
#2301
Dallas TX 75252
CPAULBORDENAVE@yahoo.com

United States District Court
of the Southern District of New York
Pro Se Intake Unit
**Daniel Patrick Moynihan
United States Courthouse**
500 Pearl Street, Room 200
New York, New York 10007

12/20/18

Granted. Defendant shall file his answer or other responsive pleading on January 19, 2019.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge