Laura B. Dowgin, Esq.
COZEN O'CONNOR
45 Broadway Atrium 16th Floor
New York, New York 10006
Tel: (212)-453-3775
Fax: (646)-461-2087
Email: LDowgin@cozen.com
*Attorneys for Plaintiff*
*Hiscox Insurance Company, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

HISCOX INSURANCE COMPANY, INC.
*Plaintiff*

v.                                                    DOCKET NO. 18-cv-10222-PAE

CURTIS BORDENAVE and BUSINESS
MOVES CONSULTING, INC., d/b/a
BUSINESS MOVES, KHALED M.
KHALED and ATK ENTERTAINMENT, INC.
*Defendants*

<u>**NOTICE OF VOLUNTARY DISMISSAL**</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Hiscox

Insurance Company, Inc. hereby voluntarily dismisses all claims brought in this action against

Defendants Khaled M. Khaled and ATK Entertainment, Inc. only. Such dismissal is with prejudice

and without costs to any party.

Dated:        New York, New York
              December 28, 2018

                                        COZEN O'CONNOR

                            By: _____
                                        Laura B. Dowgin
                                        45 Broadway Atrium, 16th Floor
                                        New York, New York 10006
                                        Tel: (212)-453-3775
                                        Fax: (646)-461-2087
                                        Email: LDowgin@cozen.com
                                        *Attorneys for Plaintiff*

{F2853884.1 }
LEGAL\39445084\1

1