

January 3, 2019

Your Honor,                                                Case #1:18-cv-10222

I, Mack Pampley, President of Business Moves Consulting Inc. ask for an extension regarding this case. I appeared and filed for an extension on behalf of business moves pro se on November 30, 2018 so that I would have more time to find counsel in New York for our company. I was also ordered to not file anything further without an attorney.

I have searched exhaustively to find counsel, which is extremely difficult considering that I reside in Mississippi. The fact that the holidays have also slowed this search down has not helped either. There is overwhelming evidence establishing coverage and duty to defend , which Hiscox recognized and has provided defense for many months. I am asking that a default judgment not be ruled in this case given these facts and also this case has a similarly situated defendant who will be filing an answer. I am asking for more time to find counsel in the state of New York.

We have reached out to the Hiscox attorney in an attempt to get more time, and the Hiscox attorney said he was waiting for a response from Hiscox. They seemingly were unavailable to discuss but were available to dismiss the other defendants in the case and were also available to file paperwork seeking a default judgment.  Also, we are in the process of exploring settlement with Hiscox. These discussions began during the court ordered settlement conference with Magistrate Freeman in the related action, SDNY case 1:18-cv-05187, which Hiscox attended.

In an effort to see this case in its entirety, we ask for more time to hire counsel in this case and that no default judgment be rendered and /or we receive notice of any hearing on the matter.

Respectfully,

_____  1/3/19
Mack Pampley  President

Business Moves Consulting Inc

1007  10007-1316  $24.70
R2304N117191-13

# PRIORITY
## ★ MAIL ★
## EXPRESS™

OUR FASTEST SERVICE IN THE U.S.


UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®


EE 359 915 775 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE ( 601 ) 218-8886

Mack Pampley
76103 Elizabeth LN
Brandon, MS 39042

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 39211
Scheduled Delivery Date (MM/DD/YY): 1-4-19
Postage: $24.70

**DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

Date Accepted (MM/DD/YY): 1-3-19
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
Insurance Fee: $
COD Fee: $

Time Accepted: 4:37 ☐ AM ☑ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $

TO: (PLEASE PRINT)  PHONE ( )
United States District Court of the
Southern District of New York
Pro Se Intake Unit
Daniel Patrick Moynihan
500 Pearl St., Room 200
New York, NY
ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 0 7

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $24.70

Weight: lbs. ozs.
☑ Flat Rate
Acceptance Employee Initials: VB

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM  Employee Signature
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM  Employee Signature

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.



WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



EP13F July 2013   OD: 12.5 x 9.5



PS10001000006

⬅ PEEL FROM THIS CORNER

LABEL 11-B, JULY 2018   PSN 7690-02-000-9996

VISIT US AT USPS.COM®

 
UNITED STATES