UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

HISCOX INSURANCE CO., INC.,

                          Plaintiff,

          -v-

CURTIS BORDENAVE, et al.,

                         Defendants.

------------------------------------------------------------------------X

18 Civ. 10222 (PAE)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2019

PAUL A. ENGELMAYER, District Judge:

      Defendant Business Moves Consulting, Inc., through its president Mack Pampley, requests an extension of the deadline to file an answer or other responsive pleading. Dkt. 19. The Court previously extended the deadline to file a responsive pleading from November 30, 2018, to December 31, 2018, in order to provide defendant time to retain counsel. Dkt. 10. The Court further advised defendant that all future filings must be submitted by counsel.

      "[A] layperson may not represent a separate legal entity such as a corporation." *Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007). Defendant, as a corporation, cannot continue to defend this lawsuit unless it finds counsel. Accordingly, the Court grants defendant two additional weeks, *i.e.*, until January 22, 2019, to find a new attorney and for that attorney to formally appear on its behalf.

      In light of the above, defendant's answer or other responsive pleading is now due February 5, 2019. The defendant should not expect further extensions of this deadline. The defendant is further advised that the Court will not consider further filings unless they are submitted by counsel.

SO ORDERED.

*[Signature: Paul A. Engelmayer]*

Paul A. Engelmayer
United States District Judge

Dated: January 8, 2019,
       New York, New York