IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HISCOX INSURANCE COMPANY, Inc
Plaintiff

V.

DOCKET NO.   18-CV-10222

CURTIS BORDENAVE AND BUSINESS MOVES CONSULTING, INC.,
DBA BUSINESS MOVES
KHALED M. KHALED AND ATK ENTERTAINMENT, INC.
Defendants

Defendant Curtis Bordenave request an additional 30-day extension of time to respond/reply/answer/otherwise plead in the above action. This request is made for proper purpose as defendant is searching for counsel in this matter and no party will be prejudiced in granting this motion.

_____   1/14/2018
Curtis Bordenave   Pro Se            Date

**United States District Court of the Southern District of New York**
Pro Se Intake Unit
**Daniel Patrick Moynihan**
**United States Courthouse**
500 Pearl Street, Room 200
New York, New York 10007



**U.S. POSTAGE $24.70**
PME 1-Day
75248 0007
Date of sale 01/14/19
06 2SSK
8476901141154129
11486591

**Scheduled Delivery 01/15/2019 12:00PM**

PRESS FIRMLY TO SEAL

36

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE ( 972 ) 585 5495
Curtis Bordenave
17251 Preston Rd 2301
Dallas TX 75252


EL 625111508 US

UNITED STATES POSTAL SERVICE® **PRIORITY MAIL EXPRESS™**

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)

TO: (PLEASE PRINT) PHONE ( )
United States District Court SDNY
Pro Se Intake
Daniel Moynihan
500 Pearl St Room 200
New York, NY
ZIP + 4® 10007

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO
PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $
Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $
Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $
Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $
Weight ☐ Flat Rate | Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
LABEL 11-B, OCTOBER 2016 PSN 7690-02-000-9996 1-ORIGIN POST OFFICE COPY



US AT USPS.COM®
FREE SUPPLIES ONLINE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EPI3F © U.S. Postal Service; July 2013; All rights reserved.