IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2019
```

HISCOX INSURANCE COMPANY, Inc
Plaintiff

V.

DOCKET NO.   18-CV-10222

CURTIS BORDENAVE AND BUSINESS MOVES CONSULTING, INC.,
DBA BUSINESS MOVES
KHALED M. KHALED AND ATK ENTERTAINMENT, INC.
Defendants

Defendant Curtis Bordenave request an additional 30-day extension of time to respond/reply/answer/otherwise plead in the above action. This request is made for proper purpose as defendant is searching for counsel in this matter and no party will be prejudiced in granting this motion.

_____   1/14/2018
Curtis Bordenave    Pro Se         Date

United States District Court of the Southern District of New York
Pro Se Intake Unit
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 200
New York, New York 10007

Granted. In order to accommodate Mr. Bordenave's search for counsel, the Court extends the deadline for him to answer or otherwise respond to February 19, 2019. Mr. Bordenave should not expect further extensions of this deadline.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

1/22/19