UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Hiscox Insurance Company, Inc.

          Plaintiff(s),

- against -

Curtis Bordenave, Business Moves Consulting, Inc

          Defendant(s),
------------------------------------------------------------X

18 Civ. 10222 (PAE)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on November 2, 2018 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Business Moves Consulting, Inc. dba Business Moves by personally serving Mark Charles Pampley III, and proof of service was therefore filed on November 15, 2018, Doc. #(s) 8.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

    Jan 19, 2019

RUBY J. KRAJICK
Clerk of Court

By: _____
    Deputy Clerk

SDNY Web 8/1/2018