UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
HISCOX INSURANCE COMPANY, INC.                    18-CV-10222-PAE

      Plaintiff,

            -against-

CURTIS BORDENAVE, BUSINESS MOVES
CONSULTING, INC. dba BUSINESS MOVES, KHALED
M. KHALED and ATK ENTERTAINMENT, INC.

            Defendants.
------------------------------------------------------------------------X

## MOTION FOR DEFAULT JUDGMENT
## AGAINST BUSINESS MOVES CONSULTING, INC. DBA BUSINESS MOVES

To the Clerk of the United States District Court for the Southern District of New York:

    Upon the declaration attached hereto, kindly set this matter for a default judgment hearing pursuant to Federal Rule of Civil Procedure 55(b)(20) and Local Civil Rule 55.2(b). In support of this request Plaintiff relies upon the record in this case and the declaration of Laura B. Dowgin submitted herein.

Dated: New York, New York
       January 23, 2019

                                            By*: /s/ Laura Dowgin*
                                            Laura B. Dowgin, Esq. (LD8588)
                                            Cozen O'Connor
                                            Attorneys for Plaintiff
                                            45 Broadway, Suite 1600
                                            New York, New York 10006
                                            (212) 453-3775
                                            ldowgin@cozen.com

LEGAL\39715597\1