# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
) ss.:
COUNTY OF NEW YORK  )

**VERONICA RUSU**, being duly sworn says: I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

On January 24, 2019, I served the within **(i) MOTION FOR DEFAULT JUDGMENT AGAINST BUSINESS MOVES CONSULTING, INC. DBA BUSINESS MOVES, (ii) DECLARATION IN SUPPORT THEREOF with EXHIBITS, AND (iii) PROPOSED JUDGMENT**, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Curtis Bordenave
19251 Preston road 2301
Dallas TX 75252

Mark Charles Pampley III
Business Moves Consulting, Inc.
d/b/a Business Moves
17927 Windflower Way
Dallas, TX 75252

_____
VERONICA RUSU

Sworn to before me this 24th day
of January, 2019

_____
(Notary Public)

LAURA BEA DOWGIN
NOTARY PUBLIC, State of New York
No. 02DO6307752
Qualified in New York County
Commission Expires July 14, 20__