UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HISCOX INSURANCE COMPANY, INC.<br><br>                              Plaintiffs,<br><br>v.<br><br>CURTIS BORDENAVE, BUSINESS MOVES CONSULTING, INC. dba BUSINESS MOVES, KHALED M. KHALED and ATK ENTERTAINMENT, INC.<br><br>                              Defendants | Case No. 1-18-cv-10222-PAE<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney respectfully requests the Clerk and all parties to note his appearance in this case as retained counsel for Defendants CURTIS BORDENAVE and BUSINESS MOVES CONSULTING, INC. and demands all papers and pleadings in this matter to be served upon him via the CM/ECF automated system and/or the e-mail address listed below.

Dated: January 31, 2018

                                                                        Respectfully submitted,

                                                                        /s/ Bryce Jones
                                                                        T. Bryce Jones
                                                                        **Jones Law Firm, P.C.**
                                                                        *Attorneys for Defendants*
                                                                        *Curtis Bordenave and*
                                                                        *Business Moves Consulting, Inc.*
                                                                        450 7th Avenue, Suite 1408
                                                                        New York, NY 10123
                                                                        (212) 258-0685
                                                                        bryce@joneslawnyc.com